JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. A., an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN COLVIN, Commissioner of Social Security, | Case No. CV 24-07390 DMG (ADS)<br><br><br>JUDGMENT |

    Pursuant to the Court's Order Dismissing Case For Failure to Prosecute and Comply With Court Orders, the above-captioned action is dismissed without prejudice.

DATED:  September 29, 2025

_____
DOLLY M. GEE
Chief United States District Judge